FILED'05 NOV 04 09:20USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LUKE REUDIGER, SUZANNE SAVOIE, KLAMATH-SISKIYOU WILDLANDS CENTER, and OREGON NATURAL RESOURCES COUNCIL, Oregon non-profit corporations,<br><br>Plaintiffs,<br><br>v.<br><br>The UNITED STATES FOREST SERVICE, an agency of the United States Department of Agricultural,<br><br>Defendant.<br><br>FRUIT GROWERS SUPPLY COMPANY<br><br>Defendant-Intervenor. | Civil No. 04-3093-CO<br><br>ORDER |

Magistrate Judge John P. Cooney filed Findings and Recommendation on July 6, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion

1    - ORDER

of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiffs have timely filed objections. I have, therefore, given de novo review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed July 6, 2005, in its entirety. Plaintiffs' motion for summary judgment (#30) is denied, defendant United States Forest Service's motion for summary judgment (#33) is granted, and defendant Fruit Growers Supply Company's motion for summary judgment (#48) is denied as moot. The clerk shall enter judgment dismissing the case.

IT IS SO ORDERED.
DATED this \_\_3rd\_\_ day of \_\_Nal._____, 2005.

_____Michael R. Hogan_____
UNITED STATES DISTRICT JUDGE