# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

LUKE REUDIGER, et al

**Plaintiffs,**

**v.**                                              **Civil No. 04-3093-CO**

The UNITED STATES FOREST
SERVICE,

**Defendant,**

FRUIT GROWERS SUPPLY COMPANY,

**Defendant-Intervenor.**

───────────────────────────────

# JUDGMENT

This action is dismissed.

Dated: November 4, 2005

Donald M. Cinnamond, Clerk

/s/ S. Nogelmeier

by
S. Nogelmeier, Deputy Clerk

**JUDGMENT**                          **DOCUMENT NO: _____**